Same case below, 587 F.3d 198.

No. 09-1147. Nicholas Lohman, Petitioner v. Duryea Borough, et al.

560 U.S. 926, 130 S. Ct. 3330, 176 L. Ed. 2d 1222, 2010 U.S. LEXIS 4287.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 574 F.3d 163.

No. 09-1148. Jerry Dillon, Petitioner v. Indiana, et al.

560 U.S. 926, 130 S. Ct. 3330, 176 L. Ed. 2d 1222, 2010 U.S. LEXIS 4369.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-1151. Jerry Lee Baldwin, Petitioner v. Board of Supervisors for the University of Louisiana System, et al.

560 U.S. 926, 130 S. Ct. 3330, 176 L. Ed. 2d 1222, 2010 U.S. LEXIS 4285.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

Same case below, 11 So. 3d 1247.

No. 09-1154. Howard A. Fox, Petitioner v. Florida Unemployment Appeals Commission, et al.

560 U.S. 926, 130 S. Ct. 3331, 176 L. Ed. 2d 1222, 2010 U.S. LEXIS 4257.

May 24, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 26 So. 3d 595.

No. 09-1155. Douglas Shukert, Petitioner v. Massachusetts.

560 U.S. 926, 130 S. Ct. 3331, 176 L. Ed. 2d 1222, 2010 U.S. LEXIS 4356.

May 24, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 73 Mass. App. 1117, 899 N.E.2d 919.

No. 09-1157. Montanans For Multiple Use, et al., Petitioners v. Cathy Barbouletos, et al.

560 U.S. 926, 130 S. Ct. 3331, 176 L. Ed. 2d 1222, 2010 U.S. LEXIS 4177.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 386 U.S. App. D.C. 193, 568 F.3d 225.

No. 09-1165. Wendell Marumoto, Petitioner v. Haunani Apoliona, et al.

560 U.S. 926, 130 S. Ct. 3332, 176 L. Ed. 2d 1222, 2010 U.S. LEXIS 4348.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 334 Fed. Appx. 121.